RECEIVED
JUN 13 2008
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Emmanuel N. Davies

(Name of the plaintiff or plaintiffs)

v.

Board of Education of the City of Chicago
Olufemi Adeniji (Principal School) of Technology

(Name of the defendant or defendants)

08CV3426
JUDGE ZAGEL
MAG. JUDGE BROWN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Emmanuel N. Davies__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Board of Education of the City of Chicago__ whose street address is __125 S. Clark Street, Suite 700__, (city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60603__ (Defendant's telephone number) __(773)-535-1625__

4. The plaintiff sought employment or was employed by the defendant at (street address) __7529 South Constance Ave__ (city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP code) __60649__

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.
   
   (b) ☐ was hired and is still employed by the defendant.
   
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _November_, (day)_____, (year) _2005_.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) ☑ the Illinois Department of Human Rights, on or about (month) _Feb_ (day) _24_ (year) _2007_.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐ Yes (month)_____ (day)_____ (year)_____
        ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,
        ☐ YES ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision

        ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); for 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; for the A.D.E.A. by 42 U.S.C. §12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

_____
_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was employed by the Board of Education of the City of Chicago on March 19, 2001. I'm a certified mathematics teacher with endorsement in special education. I performed my job professionally which can be attested by my job evaluation form. (see attachment) In June of 2005, I was

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

**Complaint of Employment Discrimination:**

**#13. Continues:**

In June of 2005, I was fired by the Board of Education of the City of Chicago. The principal at Senn High School in 2005, Mrs. Judith Hernandez told us in a faculty meeting that we were being lay off because of reduction in students enrollment. She went further to say that the U.S. Navy was taking the west side of the building and there will be reduction of students. However, we can contact the Board for re-assignment. The letter given to us was a general one. I found out later that Mrs. Hernandez had another reason of my dismissal in my personnel record which contradicts the letter that she gave me.

Mrs. Hernandez promised to make me tenure, after the four years requires by the Law of the State of Illinois that states "a teacher should become tenure in the district that he/she have been employed four years". I performed my duties professionally and she and her assistant give me good ratings but she refused to promote me because I refused to do an illegal act that she instructed me to do through one of my supervisors, Mr. Daniel Svoboda(name could be mis-spelled). Therefore, Mrs. Hernandez didn't make me tenure, instead she fired me and gave me a different letter of dismissal then what is in my personnel records.

When the Board realized that I had a civil case against them, I was re-hired two months later and sent to the School of Technology at South Shore Campus to avoid a lawsuit for retaliation.

My experiences at the School of Technology were terrible. Students walking the hallway would throw things into my classroom, hitting a student or me. They would kick the dry wall and disrupt my class, and run when I come out in the hallway. They would call me by other names, used profanities at me and threatened me. At times, students would verbally and physically abuse me.

I would follow the procedure given to us, calling home and writing a referral to the Dean of students (Mr. Bass) but he would not discipline the students. They would return and continue with their abuses. However, when other teachers were abused, Dean Bass (Black American) would discipline the students but when I (Liberian) was abused, he would not discipline the students.

I informed the principal, Dr. Adeniji about the abuses and disruption of my class. He informed me that parents are telling him that I call them too much and he should fire me. However, he said that I should check with the security personnel that control the camera so when the student kicks the wall, we can find out who is kicking the wall. I checked with the staff member but he informed me that the camera on the side of my classroom wasn't working. I informed that Dr. Adeniji about what the staff told me. He said that he will assign a security officer to observe the hallway near my classroom but he never did and the abuses continue. They continue to kick the wall and after almost two months of

kicking it, the wall fell in and a big hole was made. They threw things through the hole while was I teaching. These things will sometime hit my students or me and would also, disrupt my class. I continue to inform Dr. Adeniji about the abuses but he refused to stop it or give me any protection. I started experiencing severe chest pain that made me sick and my heart blood pressure when up. My doctor recommended that I undergo series of tests to find out what was happening to me. The test results came back and the results were negative, he informed me that my chest pain was from the job and not my heart.

I contacted the workman compensation division of the Board of Education of the City of Chicago by phone because I was told by the secretary that they didn't have any forms to fill out and it was the only way to apply for workman compensation. I called and spoke with someone. I was told that someone will call me back but I can not recall if someone call me or not. However, I went to their office and I met Mr. Ken Smith, the coordinator for the Workman Compensation Division for the Board. He informed me that they don't cover stress or stress related cases. However, I should get my medical records from my doctor. The secretary at the school give me the forms for family leave, I took the forms to my doctor and he completed them but when I brought them, she refused to accept the forms.

When Dr. Adeniji heard that I have called and spoken with the workman compensation coordinator at the Board, he got upset and came to my classroom and told me after school, he would to like have a meeting with me. During the meeting, Dr. Adeniji asked me "why did you applied for workman comp? My boss says I should fire you. I will give you the option to resign, if you don't, I will fire you and give you a bad recommendation that will cause you not to work anymore in this country". Dr. Adeniji gave an address of a school name Dyett School on 51st Street in Chicago to go for interview in January of 2006. I did go for the interview but wasn't accepted.

Few months later, I was given a dismissal letter without any explanation why I was being dismissed. Not only did Dr. Adeniji fire me but he failed to promote me to a tenure teacher according to State of Illinois' law. I have worked with the Board of Education of the City of Chicago from March 19, 2001 to June of 2006.

At the School of Technology at South Shore, students verbally and physically abused students as well as teachers but when I was abused, the students weren't disciplined. If other teachers of American nationality were abuse, Mr. Bass would discipline these students. I have police records of students that abused me verbally and physically and they also threaten to kill me.

Submitted by: [signature]   6/13/08

Plaintiff

Emmanuel N. Davies

(f) ☐ Direct the defendant to (specify): _remove all wrongful dismissal records from my employment folder or record._

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_[signature]_

(Plaintiff's name)

_Emmanuel N. Davies_

(Plaintiff's street address)

_P.O. Box 268423_

_____

(City) _Chicago_ (State) _IL_ (ZIP) _60626_

(Plaintiff's telephone number) (773) - 992-7577

Date: _6/13/08_

**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5072 8519

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

March 19, 2008

Mr. Emmanuel N. Davies
P.O. Box 268423
Chicago, IL  60626

Re: EEOC Charge Against City of Chicago Board of Education
    No. 21B200700982

Dear Mr. Davies:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                             Sincerely,

                             Grace Chung Becker
                             Acting Assistant Attorney General
                               Civil Rights Division

                          by  *Karen S. Ferguson*
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Chicago District Office, EEOC
    City of Chicago Board of Education

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07W1114.16 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CF2157 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Emmanuel Davies | HOME TELEPHONE (include area code)<br>(773) 992-7577 | |
|---|---|---|
| Street Address<br>P.O. Box 268423 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60626 | DATE OF BIRTH<br>/ / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Board of Education of the City of Chicago | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>(773) 535-1625 |
|---|---|---|
| STREET ADDRESS<br>125 South Clark Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60603 | County<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>RETALIATION    NATIONAL ORIGIN | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>/ /        6/17/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

**TECHNICAL AMENDMENT I\***

**THIS CHANGE IS BEING AMENDED TO RELECT RESPONDENT'S NAME CHANGE\***

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS

*[signature]* 7/2/07
NOTARY SIGNATURE    MONTH DATE-YEAR

X *[signature]*    7/2/07
SIGNATURE OF COMPLAINANT    DATE

OFFICIAL SEAL
KRYSTAL ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/16/10

NOTARY SEAL

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07W1114.16 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br><br>2007CF2157 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Emmanuel N. Davies | | HOME TELEPHONE (include area code)<br>(773) 992-7577 | |
|---|---|---|---|
| Street Address<br>P.O. Box 268423 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60626 | DATE OF BIRTH<br>/ / | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>City of Chicago Board of Education | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(773) 535-1625 |
|---|---|---|
| STREET ADDRESS<br>4747 South Union Avenue | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60609 | County<br>Cook |
| CAUSE OF DISCRIMINATION BASED ON:<br><br>RETALIATION    NATIONAL ORIGIN | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>/ /     6/17/06<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I.   A.   ISSUE/BASIS
        HARASSMENT – NOVEMBER 2005, THROUGH JUNE 17, 2006, BECAUSE OF MY NATIONAL ORIGIN, LIBERIA

    B.   PRIMA FACIE ALLEGATIONS
        1. My national origin is Liberia.

        2. My job performance met Respondent's legitimate expectations. I was hired on March 19, 2001.

        3. From November 2005, through June 17, 2006, I was verbally harassed by students and the principal.

        4. The harassment by the principal consisted of him repeatedly telling me to find another job because he was upset with me after I filed a workman compensation claim. I was also harassed by the students who were verbally and physically abusive to me and the principal condoned it.

Continued…

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>_[signature]_  2/24/07<br>NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>DULCE HERNANDEZ<br>Notary Public, State of Illinois<br>My Commission Expires Sept. 21, 2010<br><br>NOTARY SEAL | X _[signature]_   2/24/07<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

Stamp: DEPT. OF HUMAN RIGHTS SWITCHBOARD  MAR 01 2007

Complainant: Emmanuel N. Davis
Charge Number: 2007CF2157
Page 2

        5. Similarly situated teachers whose national origin is not Liberia were not harassed.

II.  A.  ISSUE/BASIS
       DISCHARGE – JUNE 17, 2006, BECAUSE OF MY NATIONAL ORIGIN, LIBERIA

    B.  PRIMA FACIE ALLEGATIONS
      1. My national origin is Liberia.

      2. My job performance met Respondent's legitimate expectations. I was hired on March 19, 2001.

      3. On June 17, 2006, I was discharged. No reason was given for the discharge.

      4. My job performance was comparable to that of employees whose national origin is not Liberia and they were not discharged.

III.  A.  ISSUE/BASIS
       HARASSMENT – NOVEMBER 2005, THROUGH JUNE 17, 2006, IN RETALIATION FOR HAVING FILED A CHARGE OF DISCRIMINATION

    B.  PRIMA FACIE ALLEGATIONS
      1. On June 6, 2002, I engaged in a protected activity when I filed charge 2002CF2679 against Respondent with the Illinois Department of Human Rights alleging national origin discrimination. I have also filed internal complaints.

      2. My job performance met Respondent's legitimate expectations. I was hired on March 19, 2001.

      3. From about November 2005, through June 17, 2006, I was harassed by the Principal and students. The harassment by the principal consisted of him repeatedly telling me to find another job because he was upset with me after I filed workman compensation claim. I was also harassed by the students who were verbally and physically abusive to me and the Principal condoned it.

      4. The harassment followed my having engaged in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

Continued.

Complainant: Emmanuel N. Davis
Charge Number: 2007CF2157
Page 3

IV. A. ISSUE/BASIS
   DISCHARGE – JUNE 17, 2006, IN RETALIATION FOR HAVING FILED A CHARGE OF DISCRIMINATION

   B. PRIMA FACIE ALLEGATIONS
   1. On June 6, 2002, I engaged in a protected activity when I filed charge 2002CF2679 against Respondent with the Illinois Department of Human Rights alleging national origin discrimination. I have also filed internal complaints.

   2. My job performance met Respondent's legitimate expectations. I was hired on March 19, 2001.

   3. On June 17, 2006, I was discharged. No reason was given for the discharge.

   4. The discharge followed my having engaged in a protected activity with in such a period of time as to raise an inference of retaliatory motivation.

# IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

**CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.** _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Loc.: _____ Court Branch: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869-7200.

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

### THIS IS NOT AN OFFICIAL POLICE REPORT – IT IS FOR INFORMATION PURPOSES ONLY

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this initial investigation. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of those facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

**REPORT ADDITIONAL INFORMATION**
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit listed below:

| FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH INVEST. |
|---|---|---|
| A 1 ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| A 2 ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| A 3 ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| A 4 ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-9259 |
| A 5 ☐ (312) 746-8362 | ☐ (312) 746-8282 | ☐ (312) 746-8365 |

**1B & ARSON (all Areas)** ☐ (312) 746-7619

**COPY OF THE REPORT:** The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the DEPARTMENT OF REVENUE - CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or business address when reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

**MAKE THE RIGHT CALL:** To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6000.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)**   **SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
CAPS allows citizens to solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE:** (312) 744-CAPS [(312) 744-2277] or 311

More information about CAPS is available on the World Wide Web at http://www.cityofchicago.org/CAPS.

_____ Your next Beat Community Meeting will be held on (date / time) _____

at (location) _____ live on Beat _____.

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746 - 9715. Hearing- Impaired persons in need of assistance during normal business hours may also contact their local police district or the Preventive Programs and Neighborhood Relations Division at (312) 745-6885.

### OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18,19,20,23,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9,21 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 1340 S. Michigan, on the first floor.

### AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll-free, multilingual, 24 -hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call: 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

### ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago Illinois 60601, or by calling (312) 814-2581.

### RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

### CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

CPD-11.380, Part 3-English-(Rev. 5/04)

**GENERAL OFFENSE CASE REPORT**
**CHICAGO POLICE**

1 OFFENSE/INCIDENT - PRIMARY CLASSIFICATION
SECONDARY CLASSIFICATION
S.A.O. NO.
R.D. NO.
4 ADDRESS OF OCCURRENCE — DIR. / STREET / APT NO.
5 BEAT OF OCCUR. / BEAT/UNIT ASSIGN.
6 DATE OF OCCURRENCE — TIME / DAY / MO / YR
9 TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE)

**IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS**

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Loc.: _____ Court Branch: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT**        *THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

**REPORT ADDITIONAL INFORMATION**
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

FOR PROPERTY CRIMES
AREA 1  ☐ (312) 747-8382
AREA 2  ☐ (312) 747-8273
AREA 3  ☐ (312) 744-8263
AREA 4  ☐ (312) 746-8253
AREA 5  ☐ (312) 746-8362

FOR VIOLENT CRIMES
☐ (312) 747-8380
☐ (312) 747-8271
☐ (312) 744-8261
☐ (312) 746-8251
☐ (312) 746-8282

FOR YOUTH INVEST.
☐ (312) 747-8385
☐ (312) 747-8275
☐ (312) 744-8266
☐ (312) 746-9259
☐ (312) 746-8365

BOMB & ARSON (all Areas) ☐ (312) 746-7619

**COPY OF THE REPORT.** The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the DEPARTMENT OF REVENUE - CITY OF CHICAGO* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

**TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)**
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746 - 9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Preventive Programs and Neighborhood Relations Division at (312) 745-5885.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**
If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18,19,20,23,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9,21 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 1340 S. Michigan, on the first floor.

**AUTOMATED VICTIM NOTIFICATION (AVN)**
The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call: 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago Illinois 60601, or by calling (312) 814-2581.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**TAKE THE RIGHT CALL:** To report a crime in progress or other emergency that requires immediate police response, dial 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6000.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)**    **SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE:** (312) 744-CAPS [(312) 744-2277] or 311

More information about CAPS is available on the World Wide Web at http://www.cityofchicago.org/CAPS.
_____ Your next Beat Community Meeting will be held on (date / time) _____
at (location) _____ .

CPD-11.360, Part 3-English-(Rev. 6/04)           RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

# GENERAL OFFENSE CASE REPORT
## CHICAGO POLICE

**IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS**

**CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.** _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869-7200.

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT — THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. A detective will not routinely contact you unless additional information is required or your further assistance is needed.

**TO REPORT ADDITIONAL INFORMATION**

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| AREA | FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH INVEST. |
|---|---|---|---|
| AREA 1 | (312) 747-8382 | (312) 747-8380 | (312) 747-8385 |
| AREA 2 | (312) 747-8273 | (312) 747-8271 | (312) 747-8278 |
| AREA 3 | (312) 744-8263 | (312) 744-8261 | (312) 744-8266 |
| AREA 4 | (312) 746-8253 | (312) 746-8251 | (312) 746-9259 |
| AREA 5 | (312) 746-8362 | (312) 746-8282 | (312) 746-8365 |

**BOMB & ARSON (all Areas)** ☐ (312) 746-7619

**COPY OF THE REPORT:** The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the DEPARTMENT OF REVENUE - CITY OF CHICAGO in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

**MAKE THE RIGHT CALL:** To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6800.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)** — **SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE:** (312) 744-CAPS [(312) 744-2277] or 311

More information about CAPS is available on the **World Wide Web** at: http://www.cityofchicago.org/CAPS.
You live on Beat _____. Your next Beat Community Meeting will be held on (date/time) _____ at (location) _____.

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Preventive Programs and Neighborhood Relations Division at (312) 745-6885.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18,19,20,23,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9,21 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 1340 S. Michigan, on the first floor.

**AUTOMATED VICTIM NOTIFICATION (AVN)**

The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call: 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

**ILLINOIS CRIME VICTIMS NOTIFICATION**

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, if deceased, a relative or dependant, must contact the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago Illinois 60601, or by calling (312) 814-2581. Further information and claim forms can be obtained from the Illinois Attorney General's Office.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

CPD-11.380, Part 3-English-(Rev. 5/04)

# CHICAGO POLICE DEPARTMENT — GENERAL OFFENSE CASE REPORT

**IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS**

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869-7200.

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of hard facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

**TO REPORT ADDITIONAL INFORMATION**
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| AREA | FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH INVEST. |
|---|---|---|---|
| AREA 1 | ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-9259 |
| AREA 5 | ☐ (312) 746-8352 | ☐ (312) 746-8282 | ☐ (312) 746-8355 |

**BOMB & ARSON (all Areas)** ☐ (312) 746-7619

**COPY OF THE REPORT:** The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE - CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

**MAKE THE RIGHT CALL:** To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6000.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)    SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:

**CAPS HOTLINE:** (312) 744-CAPS [(312) 744-2277] or 311

More information about CAPS is available on the World Wide Web at http://www.cityofchicago.org/CAPS. You live on Beat _____. Your next Beat Community Meeting will be held on (date / time) _____ at (location) _____.

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district of the Preventive Programs and Neighborhood Relations Division at (312) 745-6885.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18,19,20,23,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9,21 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 1340 S. Michigan, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call: 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago Illinois 60601, or by calling (312) 814-2581.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

CPD-11.380, Part 3-English-(Rev. 5/04)