FILED
MHW
JUN 13 2008
6-13-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
EMMANUEL N. DAVIES

**DEFENDANTS**
Board of Education of the City of Chicago, Olufemi Adeniji (Principal) School of Technology

**(b)** County of Residence of First Listed: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro-Se: Emmanuel N. Davies
P.O. Box 268423
Chicago, IL 60626 / 773-942-7572

08CV3426
JUDGE ZAGEL
MAG. JUDGE BROWN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CIVIL RIGHTS**
- [X] 442 Employment

## ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding

## I. CAUSE OF ACTION
Complaint of Employment Discrimination

## II. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## III. This case [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case _____, previously dismissed by Judge _____

SIGNATURE OF ATTORNEY OF RECORD
6/13/08