MHA

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Emmanuel N. Deurlo_
(Please print)

STREET ADDRESS: _P.O. Box 268423_

CITY/STATE/ZIP: _Chicago, Il. 60626_

PHONE NUMBER: _773 - 992 - 7572_

CASE NUMBER: **08CV3426**
**JUDGE ZAGEL**
**MAG. JUDGE BROWN**

_____        _6/13/08_  (ED)
Signature                          Date

## ⌊FILED

JUN 1 8 2008
6-13-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT