HHN 2

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Emmanuel N. Davies

V.

Defendant(s) Board of Education of the City of Chicago, Adeniji (Principal), Olutemi School of Technology

08CV3426
JUDGE ZAGEL
MAG. JUDGE BROWN

MOTION FOR APPOINTMENT OF COUNSEL
[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Emmanuel N. Davies, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: Spoke with two lawyers and called others. I visited these lawyers at their offices and had consultation with them for at least one hours. They are: 1. Tony Peraica 2. Christine Svenson

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature

Date: 6/13/08

FILED JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Street Address: P.O. Box 268423
City, State, ZIP: Chicago, IL 60626

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Joan H. Lefkow            Case Number: 04C 6077

Case Title: Emmanuel N. Davies & Others v. Chicago Board of Education and Phyllis Hammond

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: Can not Remember            Case Number: The Same

Case Title: Emmanuel N. Davies v. Special Education Services (Mentor Group).

Appointed Attorney's Name: Can not remember.

If this case is still pending, please check box ☐

---

Assigned Judge: _____            Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____            Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐