

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
Emmanuel N. Davies

v.

**Defendant(s)**
Board of Education of the City of Chicago
Olufemi Adeniji (Principal)
School of Technology

Case No. 08 C 3426

Judge Zagel
Magistrate Judge Brown

**Motion for Emergency Leave of Absence**

I have a family emergency and I will be away from June 19, 2008 to August 7, 2008. Kindly excuse me for this period of time. I pray that all proceedings in this matter be postponed until after August 7, 2008.

Submitted by:
Plaintiff (Pro Se)
Emmanuel N. Davies
P. O. Box 26 8423
Chicago, IL 60626