# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3426 | **DATE** | 6/25/2008 |
| **CASE TITLE** | EMMANUEL N. DAVIES vs. BOARD OF EDUCATION, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauper [4] is denied.  Plaintiff must pay the full filing fee on or by 7/31/2008 or the case may be dismissed for want of prosecution.  Plaintiff's motion for appointment of counsel [5] is granted.  Plaintiff's motion for emergency leave of absence is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:08-cv-03426   Document 7   Filed 06/25/2008   Page 1 of 1

08C3426 EMMANUEL N. DAVIES vs. BOARD OF EDUCATION, ET AL   Page 1 of 1